No. 680, Misc.  AHLET v. WILKINS, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 685, Misc.  WHITUS v. GEORGIA.  Supreme Court of Georgia.  Certiorari denied.  *J. Neely Peacock* for petitioner.  *Eugene Cook,* Attorney General of Georgia, *Maston O'Neal,* Solicitor General, and *G. Hughel Harrison* and *Paul Rodgers,* Assistant Attorneys General, for respondent.

No. 551.  GINSBURG v. GINSBURG ET AL., 364 U. S. 934; and
No. 605, Misc.  BROWN v. UNITED STATES, 364 U. S. 943.  Petitions for rehearing denied.

MARCH 6, 1961.

No. 198.  MONTANA v. ROGERS, ATTORNEY GENERAL. Certiorari, 364 U. S. 861, to the United States Court of Appeals for the Seventh Circuit.  The motion to substitute Robert F. Kennedy in place of William P. Rogers as the party respondent is granted.  *Solicitor General Cox* on the motion.

No. 274.  MITCHELL, SECRETARY OF LABOR, v. WHITAKER HOUSE COOPERATIVE, INC., ET AL.  Certiorari, 364 U. S. 861, to the United States Court of Appeals for the First Circuit.  The motion to substitute Arthur J. Goldberg in place of James P. Mitchell as the party petitioner is granted.  *Solicitor General Cox* on the motion.